# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT WILSON,<br><br>　　　　Plaintiff,<br>vs.<br><br>MEDICAL TECHNICAL ASSISTANT IRVIN; JOHN DOE #1, UNKNOWN NAMED C.D.C. CORRECTIONAL OFFICER; JOHN DOE #2, UNKNOWN NAMED C.D.C. PHYSICIAN; and JOHN DOE #3, AS OF YET UNIDENTIFIED CODEFENDANT,<br><br>　　　　Defendants. | CASE NO. 05cv1774 DMS (AJB)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL**<br><br>**[Docket No. 16]** |

Plaintiff, a state prisoner proceeding *pro se*, has filed a request for appointment of counsel to assist him in serving his Complaint. The Constitution provides no right to appointment of counsel in a civil case unless an indigent litigant may lose his physical liberty if he loses the litigation. *Lassiter v. Dept. of Social Services*, 452 U.S. 18, 25 (1981). Under 28 U.S.C. § 1915(e)(1), however, district courts are granted discretion to appoint counsel for indigent persons under "exceptional circumstances." *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991).

A finding of exceptional circumstances requires an evaluation of both the "likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved." Neither of these issues is dispositive and both must be viewed together before reaching a decision. *Id.* (quoting *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986)).

1  Here, it appears Plaintiff has a sufficient grasp of his case, the legal issues involved, and is able
2  to adequately articulate the basis of his Complaint.  Although Plaintiff is having difficulty effecting
3  service of process, he has not explained how counsel could assist with that effort, or how that provides
4  a legal basis for the appointment of counsel.  Under these circumstances, the Court DENIES Plaintiff's
5  request.  *LaMere v. Risley*, 827 F.2d 622, 626 (9th Cir. 1987).

6  **IT IS SO ORDERED**.

7  DATED: January 23, 2008

9  HON. DANA M. SABRAW
   United States District Judge